**Vicki M. Smith**, OSB No. 015110
Email: smith@bodyfeltmount.com
BODYFELT MOUNT LLP
319 SW Washington St., Suite 1200
Portland, Oregon 97204
Telephone: (503) 243-1022
Facsimile: (503) 243-2019

    Of Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **LEE TAYLOR**,<br><br>                Plaintiff,<br><br>    v.<br><br>**HOME DEPOT U.S.A., INC.**, a foreign corporation; and **WERNER CO.**, a foreign corporation,<br><br>                Defendants. | Case No. 6:22-cv-00085<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)**<br><br>**DEMAND FOR JURY TRIAL** |

    Defendant Werner Co. respectfully gives notice of removal of the above-captioned action to this Court, upon the following bases:

    1.    On December 5, 2021, Plaintiff Lee Taylor filed his complaint (the "Complaint") in that certain lawsuit styled *Lee Taylor v. Home Depot U.S.A., Inc., et al.*, Marion County Circuit Court Case No. 21CV47760 (the "Underlying Action") against Home Depot U.S.A., Inc. and Werner Co. (collectively, "Defendants").

    2.    Plaintiff caused to be served upon Defendant Werner Co. a copy of a summons (the "Summons") and the Complaint via process server on December 20, 2021.

Page 1 - NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019

This service was Defendant's first receipt of an initial pleading in the Underlying Action showing a basis for removal. Fewer than thirty days have since elapsed.

3. Home Depot U.S.A., Inc. does not object to the removal of this matter.

4. In his Complaint, Plaintiff asserts two causes of action against Defendants for general negligence and products liability, arising out of injuries received from a ladder accident that allegedly occurred on December 21, 2019, in North Plains, Oregon. Plaintiff alleges Defendants manufactured and sold the ladder.

5. Plaintiff prays, in the Complaint, for recovery of non-economic damages in an amount not to exceed $250,000; lost wages not to exceed $100,000; past medical expenses not to exceed $25,000; and future medical expenses not to exceed $50,000, for a total of $425,000. These claims exceed the minimum jurisdictional requirements.

6. Defendant Werner Co. was and is a corporation duly organized and existing by virtue of the laws of the State of Delaware with its principal place of business in the State of Illinois.

7. Defendant Home Depot U.S.A., Inc. was and is a corporation duly organized and existing by virtue of the laws of the State of Delaware with its principal place of business in the State of Georgia.

8. Based on information and belief, Plaintiff Lee Taylor was and is an individual residing in Oregon.

9. The Underlying Action is a civil action in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and this is one which may be removed to this Court by Defendants pursuant to 28 U.S.C. §§ 1441 and 1446 based upon this Court's diversity jurisdiction, for the following reasons:

(a) Plaintiff is a citizen of a different state than each Defendant because (1) Plaintiff Lee Taylor was and is a citizen of the State of Oregon; (2) Defendant

Page 2 - NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019

Werner Co. is a Delaware corporation with its principal place of business in Illinois; and (3) Defendant Home Depot U.S.A., Inc. is a Delaware corporation with its principal place of business in Georgia;

      (b)    Plaintiff alleges a civil action against Defendant Werner Co. and Defendant Home Depot U.S.A., Inc.;

      (c)    The matter in controversy is asserted by Plaintiff to exceed the sum or value of $75,000; and

      (d)    Thirty days have not yet passed since Defendant Werner Co. was served with the Summons and Complaint in the Underlying Action.

10.    Attached to this notice is a true and correct copy of the following documents, which comprise all the documents from the state court docket that were received by Defendant Werner Co. in the Underlying Action:

Exhibit A:  The Summons directed to CT Corporation System, Registered Agent for Werner Co., and the Complaint.

Respectfully submitted this 18th day of January, 2022.

**BODYFELT MOUNT LLP**

BY:    s/ Vicki M. Smith
          Vicki M. Smith, OSB No. 015110
          Email: smith@bodyfeltmount.com
          Phone: (503) 243-1022
          Fax: (503) 243-2019

Of Attorneys for Defendants

Page 3 - NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019

CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the foregoing **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)** on the following attorneys on the date noted below via the following method:

Andrew Schlesinger
The Gatti Law Firm
235 Front St., SE, Suite 200
Salem, OR  97301
Fax: (503) 371-2482
Email: andrew@gattilaw.com

*Of Attorneys for Plaintiff*

Method:   ☒ US Mail, postage prepaid
☒ Email – Courtesy Copy
☐ Facsimile
☐ Hand Delivery
☐ CM/ECF Electronic Service

Dated this 18th day of January, 2022.

BY:   s/ Vicki M. Smith
Vicki M. Smith, OSB No. 015110
Email: smith@bodyfeltmount.com
Phone: (503) 243-1022
Fax: (503) 243-2019

Of Attorneys for Defendants

Page 1 - CERTIFICATE OF SERVICE

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019